**[J-75-2016]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF | : | No. 37 MAP 2016 |
| JOSEPH VODVARKA AS A CANDIDATE | : | |
| OF THE DEMOCRATIC PARTY FOR THE | : | Appeal from the Order of the |
| UNITED STATES SENATE IN THE | : | Commonwealth Court at No. 126 MD |
| PRIMARY ELECTION OF APRIL 26, 2016 | : | 2016 dated March 30, 2016. |
| | : | |
| | : | SUBMITTED: April 11, 2016 |
| APPEAL OF: JOSEPH VODVARKA | : | |

## ORDER

**PER CURIAM**                                          **DECIDED: April 19, 2016**

**AND NOW,** this 19th day of April, 2016, the March 30, 2016 order of the Commonwealth Court granting Joseph A. Sestak's Petition to Set Aside the Nomination Petition of Joseph Vodvarka is REVERSED and the matter is REMANDED. The Commonwealth Court shall direct the Secretary of the Commonwealth to reinstate the name of Joseph Vodvarka on the ballot for the April 26, 2016, Democratic Primary election for United States Senate.

Opinion to follow.